THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS CHLEMENS, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Stapleton, Mills, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN COHEN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

MICHAEL REGAN, Respondent, v. ELIZABETH RHIND, Appellant.— Judgment affirmed, with costs. No opinion. The sixth finding of fact, however, is modified by changing the words therein " fraudulently and surreptitiously " to the words " without the plaintiff's knowledge, consent or authority." Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred. Order to be settled before Mr. Justice Thomas.

WILLIAM J. RIORDAN, JR., Respondent, v. BROOKLYN UNION GAS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

FRED SEYFORD, Respondent, v. SOUTHERN PACIFIC COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

HENRY I. STETLER and Others, Taxpayers of the County of Rockland, Respondents and Appellants, v. JOHN F. MCFARLANE, Appellant and Respondent.— In a taxpayer's suit under section 51 of the General Municipal Law, to recover moneys alleged to have been illegally paid, collusion must be proven. (*Daly v. Haight*, 170 App. Div. 470; *Wallace v. Jones*, 195 N. Y. 511; *Shiebler v. Smith*, 178 App. Div. 925.) Here the court expressly refused to find that the charges were false, fictitious or fraudulent. The complaint did not charge collusion, but only that the audit and allowance of the charges were illegal. Judgment reversed and complaint dismissed, without costs. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

FREDERICK W. WETTLAUFER, by FREDERICK C. WETTLAUFER, His Guardian ad Litem, Respondent, v. PETER H. WOODWARD and ADELIA WOODWARD, Appellants, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

WRIGHT FLYING FELD, INC., Appellant, v. EMPIRE STATE AIRCRAFT CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Thomas, Stapleton, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.